**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

FILED BY ____ D.C.

05 JUN 22 PM 3: 1_

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

Melanie Rogers

    Plaintiff,

vs.                            Civil Action No. 03-2831 MI V

Retail Ventures, LLC and
Lifestyle Ventures, LLC,

    Defendants.

---

### ORDER GRANTING PARTIES' SECOND JOINT MOTION FOR REVISION OF SCHEDULING ORDER

Before the Court is the Parties' Second Joint Motion for Revision of Scheduling Order. For good cause shown, the parties' motion is GRANTED. Accordingly,

    (a)    the parties shall report to the Court on the status of their settlement negotiations by no later than July 25, 2005; and

    (b)    the parties shall submit to the Court a proposed revised scheduling order for completing discovery and filing dispositive motions by no later than July 25, 2005 in the event that they are unable to reach a settlement.

It is so ORDERED, this __22__ day of __June__, 2005.

_____
Jon Phipps McCalla
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __6-22-05__

17

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:03-CV-02831 was distributed by fax, mail, or direct printing on June 22, 2005 to the parties listed.

---

Reva M. Kriegel
LAW OFFICE OF REVA M. KRIEGEL
266 S. Front St.
Ste. 206
Memphis, TN 38103

Timothy S. Bland
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Herbert E. Gerson
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Honorable Jon McCalla
US DISTRICT COURT