FILED BY ___ D.C.

05 AUG 15 PM 2:04

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

MELANIE ROGERS

**JUDGMENT IN A CIVIL CASE**

VS

RETAIL VENTURES, LLC and
LIFESTYLE VENTURES, LLC.

**CASE NO: 03-2831 Ml/V**

---

All matters in controversy having been resolved by the parties:

**IT IS SO ORDERED AND ADJUDGED** that, in accordance with the Stipulation of Dismissal With Prejudice filed August 9, 2005, this case is DISMISSED with prejudice with each party to bear its own costs and attorneys' fees.

APPROVED:

_/s/ Jon P. McCalla_
JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT

_Aug. 15, 2005_
Date

THOMAS M. GOULD
Clerk of Court

_/s/ Judy Easley_
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ___8-15-05___

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:03-CV-02831 was distributed by fax, mail, or direct printing on August 15, 2005 to the parties listed.

---

Reva M. Kriegel
LAW OFFICE OF REVA M. KRIEGEL
266 S. Front St.
Ste. 206
Memphis, TN 38103

Timothy S. Bland
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Herbert E. Gerson
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Honorable Jon McCalla
US DISTRICT COURT